UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Corey Donovan

   v.                                                Civil No. 22-cv-215-JL

Joseph P. Mahoney, III, et al.[1]

**O R D E R**

Before the court is Corey Donovan's Complaint (Doc. No. 1) and his response (Doc. No. 5) to the October 20, 2022 Show Cause Order, which this court has construed to be a "Complaint Addendum." Mr. Donovan's pleadings (Doc. Nos. 1, 5) are before this court for preliminary review, pursuant to 28 U.S.C. § 1915A and LR 4.3(d)(1).

For reasons stated in the Report and Recommendation issued April 13, 2023 ("R&R"), the court directs service of Mr. Donovan's Complaint (Doc. No. 1) and the Complaint Addendum (Doc. No. 5), upon the following individual defendants (the "arresting officers"): Andover Police Department Chief Joseph P. Mahoney, III; Danbury Police Department ("DPD") Chief David

---

[1] The defendants named in the Complaint are: Andover Police Department Chief Joseph P. Mahoney, III; Danbury Police Department ("DPD") Chief David Suckling; DPD Sgt. Spencer Marvin; (former) Hill Police Department Chief Andrew J. Williamson; and the Towns of Andover, Danbury, and Hill, New Hampshire.

Suckling; DPD Sgt. Spencer Marvin; and (former) Hill Police Department Chief Andrew J. Williamson; and upon the municipal employers of those arresting officers (the Towns of Andover, Danbury, and Hill, New Hampshire).

The clerk's office is directed to issue each of the summonses prepared by the plaintiff, see Doc. No. 1-5, and then to provide those summonses, along with copies of this Order, the Complaint (Doc. No. 1), the Complaint Addendum (Doc. No. 5), and the R&R issued this date, to the U.S. Marshals Service for that agency to effect service on those defendants, in accordance with Fed. R. Civ. P. 4(e) and 4(j)(2).

The defendants are directed to file an answer or other response to the Complaint and Complaint Addendum, with respect to the claims summarized in the R&R as Claims 1(a), 2, 3, 4(b), 6(a), and 6(b), within twenty-one days of service.

Plaintiff is instructed that all future pleadings, written motions, notices, or other filings shall be served on the defendants by delivering or mailing the materials to the defendants or their attorneys, pursuant to Fed. R. Civ. P. 5(b), or pursuant to AP 2.8, by means of the court's electronic filing system, as to parties and attorneys registered to use the court's electronic filing system.  A certificate of service

specifying the manner of service must be included with all court filings, except where the court's electronic filing system has provided the means of service.  See Fed. R. Civ. P. 5(d)(1); LR 5.1(d).

**SO ORDERED.**

_____
Andrea K. Johnstone
United States Magistrate Judge

May 3, 2023

cc:  Corey Donovan, pro se