UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Corey Donovan

    v.                                                            Case No. 22-cv-215-JL

Joseph P. Mahoney, III, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 13, 2023.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: May 3, 2023

cc:    Corey Donovan, pro se