UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Corey Donovan | : |
| | : |
| v. | : Civil Action No. 22-cv-00215-JL |
| | : |
| Joseph P. Mahoney III, et al. | : |

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL

NOW COME Defendants, through their respective counsel, and move to extend the time for filing stipulations of dismissal by 30 days, from May 1 to May 31, 2024. In support hereof Defendants state as follows:

1. The parties have agreed to terms of a settlement in this matter and are currently in the final stages of execution.

2. The parties are awaiting the details of certain medical liens in order to finalized the settlement. Until that time, a stipulation of dismissal would be premature.

3. Counsel hope to comlete this process within 30 days of the current May 1, 2024, filing deadline and thus seek a 30 extension of same.

4. Plaintiff assents to the relief requested. No memorandum of law is attached hereto as the relief is within the discretion of the Court.

WHEREFORE, Defendants ask the Court to:

A. Extend the deadline for filing docket markings in this matter by a further 30 days until May 31, 2024; and

B. Grant such further relief as justice requires.

Respectfully submitted,

**TOWN OF DANBURY
DAVID SUCKLING and
SPENCER MARVIN**

By their attorneys

Cullen Collimore Shirley PLLC

Dated:  April 30, 2024                    By: /s/ Brian J.S. Cullen
                                                                              Brian J. S. Cullen, Bar No. 11265
37 Technology Way, Suite 3W2
Nashua, NH  03060
(603) 881-5500
bcullen@cullencollimore.com

**TOWN OF ANDOVER and
JOSEPH MAHONEY**

Dated:  April 30, 2024                    By:  /s/ Christine Friedman
Christine Friedman, Esquire
Friedman Feeney, PLLC
95 N. State Street, Suite 5
Concord, NH  03301
(603) 783-5061
chris@friedmanfeeney.com

**TOWN OF HILL and
ANDREW WILLIAMSON**

Dated:  April 30, 2024                    By: /s/ Matthew B. Burrows
Matthew V. Burrows
Keelan B. Forey
Gallagher, Callahan & Gartrell, P.C.
214 North Main Street
Concord, NH  03301
(603) 228-1181
burrows@gcglaw.com
forey@gcglaw.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record and upon Plaintiff by First Class Mail to: FCI – Butner Medium II, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509


Dated: April 30, 2024                By: /s/ Brian J.S. Cullen
                                          Brian J.S. Cullen