UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

***********************************************

Corey Donovan,

        Plaintiff,

v.

Joseph P. Mahoney, III, et al.,

        Defendants.

***********************************************

Docket No. 1:22:cv-00215-JL

### PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Corey Donovan, with assent of Defendants, stipulates that Plaintiff's claims against all defendants in this action shall be, and hereby are, dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**COREY DONOVAN**

Dated: 4-16, 2024

_____
Corey Donovan
c/o FCI
P.O. Box 1500
Butner, NC 27509
c.vlk.donovan@gmail.com

1

**TOWN OF ANDOVER AND**
**JOSEPH P. MAHONEY, III**

By Their Attorneys,

**Friedman Feeney, PLLC**

Dated:  June 10, 2024            By: /s/ Christine Friedman
                                    Christine Friedman, Esq. (#8780)
                                    95 N. State Street, Suite 5
                                    Concord, NH  03301
                                    603-736-7683
                                    chris@friedmanfeeney.com


**TOWN OF DANBURY, DAVID SUCKLING,**
**AND SPENCER MARVIN**

By Their Attorneys,

**Cullen Collimore Shirley, PLLC**

Dated:  June 10, 2024            By: /s/ Brian J.S. Cullen
                                    Brian J.S. Cullen, Esq. (#11265)
                                    37 Technology Way, Suite 3W2
                                    Nashua, NH  03060
                                    603-881-5500
                                    bcullen@cullencollimore.com


**TOWN OF HILL AND**
**ANDREW WILLIAMSON**

By Their Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated:  June 10, 2024            By: /s/ Matthew V. Burrows
                                    Matthew V. Burrows, Esq. (#20914)
                                    214 North Main Street
                                    Concord, NH  03301
                                    603-545-3643
                                    burrows@gcglaw.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record and upon Plaintiff by First Class Mail to:  FCI – Butner Medium II, Federal Correctional Institution, P.O. Box 1500, Butner, NC  27509

Dated:  June 10, 2024                By: /s/ Brian J.S. Cullen
                                              Brian J.S. Cullen