UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Corey Donovan</u>

    v.                                                          Case No. 22-cv-215-JL

<u>Joseph P. Mahoney, III</u>

<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Joseph N. Laplante dated May 3, 2023, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated April 13, 2023; and

2. Stipulation of Dismissal filed by the parties on June 10, 2024.

                                                                By the Court:

                                                                <u>/s/ Daniel J. Lynch</u>
                                                                Daniel J. Lynch
                                                                Clerk of Court

Date: June 11, 2024

cc:   Corey Donovan, pro se
       Counsel of Record